IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


MARTIN L. HOLLOMAN,

    Petitioner,

vs.                                             Civil Action 2:08-CV-441
                                                    Judge Sargus
                                                    Magistrate Judge King

DEB TIMMERMAN-COOPER, Warden,

    Respondent.


## ORDER

On November 30, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this action be dismissed. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk shall **ENTER FINAL JUDGMENT**.


1-4-2010
_____
Date

                                                                              _____
                                                                              Edmund A. Sargus, Jr.
                                                                              United States District Judge