AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**MARTIN L. HOLLOMAN,**

      **Petitioner,**

                                 **JUDGMENT IN A CIVIL CASE**

**v.**

**DEB TIMMERMAN-COOPER,**
**WARDEN,**                           **CASE NO. C2-08-441**
                                       **JUDGE EDMUND A. SARGUS, JR.**
         **Respondent.**           **MAGISTRATE JUDGE NORAH MCCANN KING**

 

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

        **Pursuant to the ORDER filed January 5, 2010, JUDGMENT is hereby entered DISMISSING this action.**

Date: January 5, 2010                   JAMES BONINI, CLERK

                                */S/ Andy F. Quisumbing*
                                (By) Andy F. Quisumbing
                                 Courtroom Deputy Clerk